JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD Q. LE | CV 19-4507 PA (SKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LUIS O. RAMALLO, SUSANA T. RAMALLO, | |
| Defendants. | |

Pursuant to the Court's March 12, 2020 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 12, 2020

                                      Percy Anderson
                          UNITED STATES DISTRICT JUDGE